DISMISS; and Opinion Filed June 13, 2013.



In The
Court of Appeals
Fifth District of Texas at Dallas

No. 05-12-01653-CV

THE CITY OF PLANO, Appellant
V.
THE POE LIVING TRUST, MARCUS POE TRUSTEE, Appellee

On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-04259-2011

# MEMORANDUM OPINION

Before Justices Bridges, Lang, and Lewis
Opinion Per Curiam

Before the Court is the parties' June 7, 2013 Joint Motion to Dismiss Appeal. In the motion, the parties advise us they have reached an agreement to settle and compromise their differences.

We grant the Joint Motion to Dismiss and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

121653F.P05